**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emanuel Sammy BANKS,**
**Defendant–Appellant.**

No. 16–6008.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Emanuel Banks, Appellant pro se. William J. Ihlenfeld, II, Office of The United States Attorney, Wheeling, West Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emanuel Sammy Banks appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Banks,* No. 5:13–cr–00037–FPS–JES–1 (N.D.W.Va. Dec. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*